NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RECKITT BENCKISER LLC,**

*Plaintiff-Appellant*

**v.**

**AUROBINDO PHARMA LTD., AUROBINDO PHARMA USA INC.,**

*Defendants-Cross-Appellants*

---

2017-1895, 2018-1131

---

Appeals from the United States District Court for the District of Delaware in No. 1:14-cv-01203-LPS, Chief Judge Leonard P. Stark.

---

## JUDGMENT

---

DOUGLAS J. NASH, Barclay Damon, LLP, Syracuse, NY, argued for plaintiff-appellant. Also represented by LAURA VOGEL, Boston, MA; BELLA SATRA, Albany, NY.

TIMOTHY KRATZ, Kratz & Barry LLP, Atlanta, GA, argued for defendants-cross-appellants. Also represented by GEORGE BARRY, III.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 10, 2018     /s/ Peter R. Marksteiner
Date     Peter R. Marksteiner
Clerk of Court